**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **DENISON GLASS & MIRROR, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. 3:23-cv-1457** |
| | § | |
| | § | |
| **EFCO, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

**REVISED NOTICE OF REMOVAL**

**TO THE HONORABLE JUDGE OF SAID COURT**:

Defendant, **EFCO, LLC ("Defendant" or "EFCO")**, formerly known as **EFCO CORPORATION**, by and through its undersigned attorney, hereby files this Revised Notice of Removal pursuant to 28 U.S.C. §§ 1332 and 1441, and in accordance with the Court's Order dated July 6, 2023 [Dkt. 5], and respectfully shows this Court:

**I.
STATE COURT ACTION**

1.      On May 31, 2023, Cause No. DC-23-07179, styled *Denison Glass & Mirror, Inc. v. EFCO Corporation*, was commenced against Defendant in the 68th District Court of Dallas County, Texas, and is now pending therein.  Defendant was served with a copy of Plaintiff's Original Petition on June 8, 2023.

2.      As of the date of this filing, only Plaintiff's Original Petition and Defendant's State Court Notice of Removal have been filed in the state court action.  True and correct copies of the docket sheet, Plaintiff's Original Petition, Request for Service, Issuance of Citation, Executed Citation, and Defendant's State Court Notice of Removal are attached hereto as **Exhibit A**, and

filed herewith. These documents constitute all the pleadings and documents filed with the Dallas County District Clerk's office in this action as of this date.

## II.
## BASIS OF JURISDICTION

3.    This Court has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. §1332 because it involves a controversy between citizens of different states, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Therefore, the action may be removed to this Court pursuant to 28 U.S.C. §1441(b).

4.    Plaintiff Denison Glass & Mirror, Inc. ("Plaintiff") is a corporation incorporated in Texas and with its principal place of business in Frisco, Texas, which is located in the Northern District of Texas. A corporation is a citizen of every state by which it has been incorporated and of the state where it has its principal place of business. 28 U.S.C. § 1332(c)(1). Accordingly, Plaintiff is a citizen of Texas.

5.    EFCO, LLC, formerly known as EFCO Corporation,[1] is a Limited Liability Company organized in the State of Missouri with its principal place of business in Missouri. All of the membership units of EFCO, LLC are owned by Apogee Wausau Group, Inc., a Wisconsin corporation. The citizenship of a limited liability company is determined by the citizenship of its members. *See Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008) ("All federal appellate courts that have addressed the issue have reached the same conclusion: like limited partnerships and other unincorporated associations or entities, the citizenship of a LLC is determined by the citizenship of all of its members."). Accordingly, EFCO, LLC is a citizen of Wisconsin and Missouri for purposes of diversity jurisdiction, and is not a citizen of Texas.

---

[1] EFCO Corporation was converted to EFCO, LLC in February 2022. *See* **Exhibit D**.

6.      Venue is proper in the United States District Court for the Northern District of Texas, Dallas Division.

## III.
## REMOVAL BASED ON DIVERSITY JURISDICTION

7.      The District Courts of the United States have original jurisdiction over this action based on diversity of citizenship among the parties, in that EFCO is now, and was at the time the action commenced, diverse in citizenship from the Plaintiff.  Plaintiff is a citizen of the State of Texas.  EFCO is not, and was not at any time this suit was commenced, a citizen of the State of Texas.  Rather, EFCO is a citizen of the State of Wisconsin because its sole member, Apogee Wausau Group, Inc., is a Wisconsin corporation.  EFCO's principal place of business is in Missouri.

8.      The amount in controversy in this action exceeds, exclusive of interests and costs, the sum of $75,000.00.  Thus, jurisdiction in this Court is proper pursuant to 28.U.S.C. §1332.

9.      Removal of this action is proper under 28 U.S.C. § 1441, since it is a civil action brought in State Court, and the Federal District Courts have original jurisdiction over the subject matter under 28 U.S.C. § 1332 because Plaintiff and EFCO are diverse in citizenship and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

## IV.
## REMOVAL PROCEDURE

10.      A jury demand has been made in Cause No. DC-23-07179.

11.      The original Notice of Removal was filed with this Court within 30 days after service on Defendant of Plaintiff's Original Petition in the above-entitled action.

12.      Contemporaneously with the filing of its original Notice of Removal, EFCO filed its Notice of Removal with the clerk of the 68th District Court of Dallas County, Texas.

**V.**
**INDEX OF DOCUMENTS FILED IN STATE COURT**

13.    Pursuant to Local Rule 81.1(a), copies of the State Court pleadings are attached hereto.  **Exhibit B** is an index, in chronological order, of all documents filed in the State Court and the date it was filed in state court.  **Exhibit C** is a copy of the docket sheet in the State Court.

WHEREFORE, Defendant, **EFCO, LLC**, prays that the above-entitled action be removed from the 68th District Court of Dallas County, Texas, to the United States District Court for the Northern District of Texas, Dallas Division, and for any other relief to which it may be entitled.

Respectfully submitted,

**FOX ROTHSCHILD LLC**

Robert J. Palmer
State Bar No. 24013286
Erin Garza Kessinger
State Bar No. 24105990
Saint Ann Court, Suite 1800
2501 N. Harwood Street
Dallas, Texas 75201
972-991-0889
972-404-0516 – Fax
rpalmer@foxrothschild.com
ekessinger@foxrothschild.com

**ATTORNEYS FOR DEFENDANT**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 17, 2023, I electronically filed the Notice of Removal with the Clerk of the Court using the CM/EMF system.  I also hereby certify that on July 17, 2023, a true and correct copy of Notice of Removal and all attachments was served to each person listed below by the method indicated.

Denison Glass & Mirror, Inc.
c/o Jon Azano
Fee, Smith & Sharp LLP
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
By Electronic Service

_____
Robert J. Palmer

# EXHIBIT A

FILED
5/31/2023 2:53 PM
FELICIA PITRE
Case 3:23-cv-01457-S    Document 7    Filed 07/17/23    Page 7 of 67    PageID 53 DISTRICT CLERK
DALLAS CO., TEXAS
Gay Lane DEPUTY

DC-23-07179

IBP.16222

NO. _____

| | | |
|---|---|---|
| **DENISON GLASS & MIRROR, INC.** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | |
| | § | **OF DALLAS COUNTY, TEXAS** |
| **EFCO CORPORATION** | § | 68th |
| | § | |
| **Defendant.** | § | \_\_\_\_\_<sup>TH</sup> **JUDICIAL DISTRICT** |

## PLAINTIFF'S ORIGINAL PETITION

COMES NOW DENISON GLASS & MIRROR, INC. ("Plaintiff" or "Denison"), Plaintiff herein, complaining of EFCO Corporation ("Defendant" or "EFCO"), Defendant herein, and for cause of action would show the Court as follows:

### I.   BRIEF SUMMARY OF PETITION

This case involves the provision of defective and noncompliant windows to a project known as The Terminal at Katy Trail located at 4205 Buena Vista Street, Dallas, TX 75205 ("The Project"). Denison requested that EFCO provide specific windows for the Project. However, many of the windows provided by EFCO were defective. Due to the failure of the defective windows, Denison has been assessed charges by the general contractor of the Project in excess of $1,250,000.00. All of these charges are due to the fault of EFCO in providing deficient and defective windows. Denison brings claims herein to hold EFCO accountable for its defective products and for EFCO to reimburse Denison for such costs.

## II.  DISCOVERY CONTROL PLAN DESIGNATION

Discovery in this case is intended to be conducted under Level 3, pursuant to Rule 190.4,

*Texas Rules of Civil Procedure*.

## III. PARTIES

Plaintiff Denison is a resident of the State of Texas that is permitted to conduct business in

the state of Texas.

Defendant EFCO is a corporation of the state of Missouri, that regularly does business in

Texas.  It is subject to jurisdiction in this state due to its regularly conducted business and its

specific business with respect to this Project.  EFCO contracted with a Texas entity to perform

services for a project in Texas, which included shipping products to Texas for the Project.

EFCO may be served through its Texas registered agent, CT Corporation System, 1999 Bryan

Street, Suite 900, Dallas, Texas 75201.

## IV. VENUE

Venue of this action is proper in Dallas County, Texas in accordance with Texas Civil

Practice & Remedies Code § 15.002(a)(1), because all or a substantial part of the events or

omissions that give rise to this claim occurred in Dallas County, Texas.  The Project at issue is

based in Dallas County.

## V.    RULE 47 STATEMENT OF DAMAGES

Pursuant to Tex. R. Civ. P. 47(c), Plaintiff states that it seeks monetary relief of over

$1,000,000, including damages, penalties, pre-judgment interest, costs, and attorneys' fees.

## VI. CONDITIONS PRECEDENT

All conditions precedent to recovery by Plaintiff herein have been performed, have occurred, or have been excused.

## VII.    FACTS OF CASE

In or around 2021 and 2022, Denison and EFCO entered into various agreements reflected in numerous invoices for the purchase of various windows to be supplied by EFCO for the Project. Such windows were specified by style and type per design documents provided to EFCO. EFCO agreed to provide such windows to Denison for installation at the Project during this same time period.

After installation of the windows provided by EFCO, the general contractor at the Project advised Denison that windows were defective and not compliant with the Project's design documents. The general contractor then assessed damages, including delay damages, increased costs and other associated expenses against Denison that were all a result of EFCO's provision of the defective windows.

None of the damages at issue are the result of Denison's installation of the EFCO products. More particularly, all such damages are the result of the defectively manufactured and/or defective windows received from EFCO.

Denison made demand on EFCO to pay the costs requested by the general contractor, however, EFCO refused. EFCO's alleged reason for refusal related to its spurious argument that the "Terms and Conditions" buried on its internet website limit the damages associated with its provision of such windows. EFCO's position, however, is spurious because such attempts fail to comply with the clear requirements of Texas Business & Commerce Code Section 2.316. Texas

courts have rejected similar attempts to try and sneak such terms into a contract by reference to a website Terms and Conditions. *See e.g. Matador Prod. Co. v. Weatherford Artificial Lift Sys.*, 450 S.W.3d 580 (Tex. App.—Texarkana 2014, pet. denied). EFCO's continued refusal to pay for its damages and breach of its contract/warranties is bad faith.

## VIII. BREACH OF CONTRACT

Denison repeats and realleges the material allegations in the preceding paragraphs.

The above-referenced acts and omissions represent breach of contract. Denison and EFCO had a valid and enforceable contract for EFCO to provide Project compliant windows for the Project. EFCO materially breached the contract by providing defective windows. EFCO's breach of contract resulted in damages to Denison for which it now brings this lawsuit.

## IX. BREACH OF EXPRESS WARRANTY

Denison repeats and realleges the material allegations in the preceding paragraphs. EFCO made express warranties about the quality of the goods it provided. Specifically, EFCO expressly warranted that it would provide Denison with windows that would comply with the Project's design documents. This express warranty was the basis of the bargain. The windows, however, did not comply with the Project's design documents because they were defective. Denison notified EFCO of this breach. Denison suffered injuries because of the breach.

## X. BREACH OF IMPLIED WARRANTY FOR FITNESS FOR A PARTICULAR PURPOSE

Denison repeats and realleges the material allegations in the preceding paragraphs. Alternatively, EFCO sold windows to Denison. EFCO had knowledge that Denison was buying such windows for compliance with the Project documents and that it sought compliant, non-defective windows. EFCO also knew that Denison was relying on EFCO's skill or judgment to

provide windows that were compliant with the Project documents and not defective.   The windows provided by EFCO were unfit because they were defective and did not comply with the Project documents.   Denison notified EFCO of this breach.    Denison suffered injuries because of the breach.

## XI.     NEGLIGENCE

Denison repeats and realleges the material allegations in the preceding paragraphs.   The above-referenced acts and omissions also represent negligence by Denison.   These negligent acts are the proximate cause of Denison's damages.

## XII.     ATTORNEY FEES

Plaintiff is compelled to employ the services of attorneys to file this action and thus seeks recovery of reasonable and necessary attorney fees pursuant to TEX. CIV. PRAC. & REM. CODE § 38.001 *et seq.* and other relevant statutes.

## XIII.   JURY DEMAND

Plaintiff hereby demands a jury trial for all issues so triable.

## XIV.   DOCUMENT PRODUCTION

Pursuant to Texas Rule of Civil Procedure 193.7, Plaintiff provides actual notice to Defendant that any party's production of a document in response to written discovery authenticates the document for use against that party in any pretrial proceeding or at trial.

**WHEREFORE, PREMISES CONSIDERED**, DENISON GLASS & MIRROR, INC. respectfully requests that Defendant be cited to appear and answer Plaintiff's complaints and that upon final trial, Plaintiff have and recover its damages as alleged herein, attorneys' fees, pre-judgment interest, post-judgment interest, special damages, incidental damages, consequential damages, lost

profits, court costs, and that Plaintiff have and recover such other and further relief at law or in equity, general or special, to which it may show itself justly entitled.

Respectfully submitted,

**FEE, SMITH & SHARP LLP**

Jon Azano
State Bar No. 24031835
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
(972) 934-9100 Telephone
(972) 934-9200 Facsimile
jazano@feesmith.com

**ATTORNEY FOR PLAINTIFF**

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Debe Mazey on behalf of Jon Azano
Bar No. 24031835
dmazey@feesmith.com
Envelope ID: 76157447
Filing Code Description: Original Petition
Filing Description:
Status as of 6/1/2023 8:22 AM CST

Associated Case Party: DENISON GLASS & MIRROR, INC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Debe Mazey | | dmazey@feesmith.com | 5/31/2023 2:53:49 PM | SENT |
| Carlos Ramirez | | cramirez@feesmith.com | 5/31/2023 2:53:49 PM | SENT |
| Jon Azano | | jazano@feesmith.com | 5/31/2023 2:53:49 PM | SENT |

FILED
6/1/2023 9:28 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Gay Lane DEPUTY

**1 CIT/ ES/ JURY DEMAND**



## Fee, Smith & Sharp LLP

Texas Trial Attorneys

Dallas   Austin   Houston

Three Galleria Tower   13155 Noel Road   Suite 1000   Dallas, TX 75240   P 972-934-9100   F 972-934-9200
877-FEESMITH   FeeSmith.com

*Jon Azano*                                                            *jazano@feesmith.com*
*972-980-3257*

June 1, 2023

*Via E-file*
Clerk, 68th Judicial District Court
George L. Allen, Sr. Courts Building
600 Commerce Street, 5th Floor New Tower
Dallas, TX 75202

>   Re:   Cause No. DC-23-07179 ; Denison Glass & Mirror, Inc. VS EFCO Corporation ;
>          68th Judicial District Court ; Dallas County, Texas
>          Our File No.: IBP.16222

Dear Clerk:

Please allow this letter to serve as payment of the jury fee in the referenced matter as well as a request to have the following citation issued:

EFCO Corporation
CT Corporation System
1999 Bryan Street, Suite 900
Dallas, Texas 75201.

Please return the citation to me at the following email address: jazano@feesmith.com with a cc to my assistant, Debe Mazey, at dmazey@feesmith.com.

68th Judicial District Court Clerk
June 1, 2023
Page No. 2

Thank you for your assistance in this regard. If you need additional information, please contact my assistant at 972.616.7610 or dmazey@feesmith.com

Very truly yours,

**FEE, SMITH & SHARP LLP**

**JON AZANO**

JDA/dlm
Enclosures

## Automated Certificate of eService
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Debe Mazey on behalf of Jon Azano
Bar No. 24031835
dmazey@feesmith.com
Envelope ID: 76179482
Filing Code Description: Request
Filing Description:
Status as of 6/4/2023 7:16 PM CST

Associated Case Party: DENISON GLASS & MIRROR, INC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jon Azano | | jazano@feesmith.com | 6/1/2023 9:28:41 AM | SENT |
| Debe Mazey | | dmazey@feesmith.com | 6/1/2023 9:28:41 AM | SENT |
| Carlos Ramirez | | cramirez@feesmith.com | 6/1/2023 9:28:41 AM | SENT |

FORM NO. 353-3—CITATION
THE STATE OF TEXAS

ESERVE

# CITATION

To:    EFCO CORPORATION
       BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM
       1999 BRYAN STREET STE 900
       DALLAS TX  75201

GREETINGS:
You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. on the Monday next following the expiration of twenty days after you were served this citation and **ORIGINAL** petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **68th District Court** at 600 Commerce Street, Dallas, Texas 75202.

 Said Plaintiff being **DENISON GLASS & MIRROR, INC**

Filed in said Court  **1st day of June, 2023** against

 **EFCO CORPORATION**

For Suit, said suit being numbered **DC-23-07179,** the nature of which demand is as follows:
Suit on **CNTR CNSMR COM DEBT** etc. as shown on said petition, a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
 Given under my hand and the Seal of said Court at office  **on this the 6th day of June, 2023**

ATTEST: FELICIA PITRE,
Clerk of the District Courts of Dallas County, Texas



By__/S/ROHAN IYER____, Deputy
 **ROHAN IYER**

No.: <u>DC-23-07179</u>

<u>DENISON GLASS & MIRROR, INC</u>
<u>vs.</u>
EFCO CORPORATION

—
**ISSUED**
on this the 6th day of June, 2023

**FELICIA PITRE**
**Clerk District Courts,**
**Dallas County, Texas**

By: <u>ROHAN IYER</u>, Deputy

**Attorney for Plaintiff**
**JONATHAN DAVID AZANO**
FEE SMITH SHARP & VITULLO LLP
13155 NOEL ROAD SUITE 1000
DALLAS TX  75240
972-934-9100
jazano@feesmith.com
**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

**OFFICER'S RETURN**

Cause No. DC-23-07179

Court No.: 68th District Court

Style: DENISON GLASS & MIRROR, INC
 vs.
EFCO CORPORATION

Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____.M.
Executed at _____, within the County of _____ at _____
o'clock _____ .M. on the _____ day of_____, 20_____, by delivering to the within named
_____
_____
each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of
delivery. The distance actually traveled by me in serving such process was _____miles and my fees are as follows:     To certify which
witness my hand.

        For serving Citation   $_____      _____
        For mileage            $_____      of_____ County, _____
        For Notary             $_____      By_____ Deputy
             (Must be verified if served outside the State of Texas.)
Signed and sworn to by the said_____ before me this_____ day of _____,
        20_____, to certify which witness my hand and seal of office.

                       _____
                       Notary Public_____ County_____

FILED
6/13/2023 12:58 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Harper Ream DEPUTY

### CAUSE NO. DC-23-07179

| | | |
|---|---|---|
| **DENISON GLASS & MIRROR, INC.,** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| **Plaintiff(s),** | § | |
| **vs.** | § | **68TH JUDICIAL DISTRICT** |
| | § | |
| | § | |
| **EFCO CORPORATION** | § | |
| | § | |
| | § | **DALLAS COUNTY, TEXAS** |
| **Defendant(s).** | § | |

## RETURN OF SERVICE

Came to my hand on **Wednesday, June 7, 2023 at 5:56 PM,**
Executed at: **1999 BRYAN STREET, SUITE 900, DALLAS, TX 75201**
at **10:23 AM,** on **Thursday, June 8, 2023**, by delivering to the within named:

### EFCO CORPORATION

By delivering to its **Registered Agent, CT CORPORATION SYSTEM**
By delivering to its **Authorized Employee, TERRI THONGSAVAT**
a true copy of this

### CITATION and PLAINTIFF'S ORIGINAL PETITION

having first endorsed thereon the date of the delivery.

*BEFORE ME, the undersigned authority, on this day personally appeared Adil Tadli who after being duly sworn on oath states: "My name is Adil Tadli.* I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP."*

By: _____

   **Adil Tadli - PSC 1206 - Exp 05/31/24**
   **served@specialdelivery.com**

**Subscribed and Sworn to by Adil Tadli, Before Me, the undersigned authority, on this** ⌞12th⌟ **day of June, 2023.**

_____
**Notary Public in and for the State of Texas**

BRITTNEY LEIGH WOODALL
Notary Public
STATE OF TEXAS
ID#12979020-7
My Comm. Exp. Sept. 9, 2023

FORM NO. 353-3—CITATION

# THE STATE OF TEXAS

ESERVE

# CITATION

To:  **EFCO CORPORATION**
     **BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM**
     **1999 BRYAN STREET STE 900**
     **DALLAS TX  75201**

No.: **DC-23-07179**

**DENISON GLASS & MIRROR, INC**
**vs.**
**EFCO CORPORATION**

GREETINGS:

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. on the Monday next following the expiration of twenty days after you were served this citation and **ORIGINAL** petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **68th District Court** at 600 Commerce Street, Dallas, Texas 75202.

**ISSUED**
on this the 6th day of June, 2023

**FELICIA PITRE**
**Clerk District Courts,**
**Dallas County, Texas**

Said Plaintiff being **DENISON GLASS & MIRROR, INC**

By: **ROHAN IYER**, Deputy

Filed in said Court  **1st day of June, 2023** against

**Attorney for Plaintiff**
**JONATHAN DAVID AZANO**
FEE SMITH SHARP & VITULLO LLP
13155 NOEL ROAD SUITE 1000
DALLAS TX  75240
972-934-9100
jazano@feesmith.com
**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

**EFCO CORPORATION**

For Suit, said suit being numbered **DC-23-07179,** the nature of which demand is as follows:
Suit on **CNTR CNSMR COM DEBT** etc. as shown on said petition, a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office  **on this the 6th day of June, 2023**

ATTEST: FELICIA PITRE,
Clerk of the District Courts of Dallas County, Texas



By__/S/ROHAN IYER____, Deputy
**ROHAN IYER**

**OFFICER'S RETURN**

Cause No. DC-23-07179

Court No.: 68th District Court

Style: DENISON GLASS & MIRROR, INC
vs.
EFCO CORPORATION

Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____.M.

Executed at _____, within the County of _____ at _____

o'clock _____ .M. on the _____ day of_____, 20_____, by delivering to the within named

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:     To certify which witness my hand.

For serving Citation  $_____        _____

For mileage      $_____        of_____ County, _____

For Notary      $_____        By_____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____ before me this_____ day of _____,

20_____, to certify which witness my hand and seal of office.

_____
Notary Public_____ County_____

FILED
6/30/2023 3:16 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Marissa Gomez DEPUTY

NO. <u>DC-23-07179</u>

| | | |
|---|---|---|
| **DENISON GLASS & MIRROR, INC.,** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **68th JUDICIAL DISTRICT** |
| | § | |
| **EFCO CORPORATION,** | § | |
| | § | |
| **Defendant.** | § | **OF DALLAS COUNTY, TEXAS** |

<u>**DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL**</u>

Please take notice that on June 30, 2023, **EFCO, LLC,** incorrectly sued as **EFCO CORPORATION**, Defendant in the above-entitled action, filed a Notice of Removal, a copy of which is attached hereto, of the above-entitled action to the United States District Court for the Northern District of Texas, Dallas Division.

The parties are also advised that Defendant, on filing such Notice of Removal in the office of the Clerk of the United States District Court for the Northern District of Texas, Dallas Division, also filed copies thereof with the Clerk of the 68th District Court of Dallas County, Texas, to effect removal pursuant to 28 U.S.C. §1446(d).

Dated:  June 30,2023

Respectfully submitted,

**FOX ROTHSCHILD LLC**

Robert J. Palmer
State Bar No. 24013286
Erin Garza Kessinger
State Bar No. 24105990
Saint Ann Court, Suite 1800
2501 N. Harwood Street
Dallas, Texas 75201
972-991-0889
972-404-0516 – Fax
rpalmer@foxrothschild.com
ekessinger@foxrothschild.com

**ATTORNEYS FOR DEFENDANT**

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a true copy of the above was served on Plaintiff, Denison Glass & Mirror, Inc., in Cause No. DC-2307179, filed in the 68th District Court of Dallas County, Texas by e-service on June 30, 2023, in accordance with the Texas Rules of Civil Procedure.

Robert J. Palmer

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DENISON GLASS & MIRROR, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. 3:23-cv-1457** |
| | § | |
| | § | |
| **EFCO, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

**NOTICE OF REMOVAL**

**TO THE HONORABLE JUDGE OF SAID COURT**:

Defendant, **EFCO, LLC ("Defendant")**, formerly known as **EFCO CORPORATION**, by and through its undersigned attorney, hereby files this Notice of Removal and respectfully shows this Court:

**I.**
**STATE COURT ACTION**

1.      On May 31, 2023, Cause No. DC-23-07179, styled *Denison Glass & Mirror, Inc. v. EFCO Corporation*, was commenced against Defendant in the 68th District Court of Dallas County, Texas, and is now pending therein.  Defendant was served with a copy of Plaintiff's Original Petition on June 8, 2023.

2.      As of the date of this filing, only Plaintiff's Original Petition and Defendant's State Court Notice of Removal have been filed in the state court action.  True and correct copies of the docket sheet, Plaintiff's Original Petition, and Defendant's State Court Notice of Removal are attached hereto as **Exhibit A**, and filed herewith.  These documents constitute all the pleadings filed with the Dallas County District Clerk's office in this action as of this date.

## II.
## BASIS OF JURISDICTION

3.     Based on the statements in Plaintiff's Original Petition, this Court has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. §1332 and, therefore, the action may be removed to this Court pursuant to 28 U.S.C. §1441(b).

## III.
## REMOVAL PROCEDURE

4.     A jury demand has been made in Cause No. DC-23-07179.

5.     This notice is filed with this Court within 30 days after service on Defendant of Plaintiff's Original Petition in the above-entitled action.

WHEREFORE, Defendant, **EFCO, LLC**, prays that the above-entitled action be removed from the 68th District Court of Dallas County, Texas, to the United States District Court for the Northern District of Texas, Dallas Division, and for any other relief to which it may be entitled.

Respectfully submitted,

**FOX ROTHSCHILD LLC**

Robert J. Palmer
State Bar No. 24013286
Erin Garza Kessinger
State Bar No. 24105990
Saint Ann Court, Suite 1800
2501 N. Harwood Street
Dallas, Texas 75201
972-991-0889
972-404-0516 – Fax
rpalmer@foxrothschild.com
ekessinger@foxrothschild.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2023, I electronically filed the Notice of Removal with the Clerk of the Court using the CM/EMF system. I also hereby certify that on June 30, 2023, a true and correct copy of Notice of Removal and all attachments was served to each person listed below by the method indicated.

Denison Glass & Mirror, Inc.
c/o Jon Azano
Fee, Smith & Sharp LLP
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
By Electronic Service

Robert J. Palmer

JS 44 (Rev. 10/20) - TXND (10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

DENISON GLASS & MIRROR, INC.

**(b)** County of Residence of First Listed Plaintiff    DENTON, TX
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

FEE, SMITH & SHARP, LLP - (972) 934-9100 (phone)
13155 NOEL ROAD, SUITE 1000, DALLAS, TX 75240

## DEFENDANTS

EFCO, LLC

County of Residence of First Listed Defendant    BARRY, MO
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

FOX ROTHSCHILD - (972) 991-0889 (phone)
2501 N HARWOOD, SUITE 1800, DALLAS, TX 75201

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [x] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | | [ ] 485 Telephone Consumer Protection Act |
| [x] 190 Other Contract | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | | | [ ] 790 Other Labor Litigation | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | | [ ] 791 Employee Retirement Income Security Act | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §1332

Brief description of cause:
DISPUTE INVOLVING CLAIMS OF NEGLIGENCE AND BREACH OF CONTRACT

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ OVER $1,000,000

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes   [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____ DOCKET NUMBER _____

DATE   06-30-2023

SIGNATURE OF ATTORNEY OF RECORD   /s/ Robert J. Palmer

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## Supplemental Civil Cover Sheet for Cases Removed
## From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | 68th District Court of Dallas County, Texas | DC-23-07179 |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

   | Party and Party Type | Attorney(s) |
   |---|---|
   | Denison Glass & Mirror, Inc., Plaintiff | Jon Azano of Fee, Smith & Sharp LLP (SBN: 2403183) |
   | (972) 934-9100 (atty - phone) | 131155 Noel Road, Ste. 1000, Dallas, TX 75240 |
   | | |
   | EFCO, LLC, Defendant | Robert J. Palmer of Fox Rothschild (SBN: 24013286) |
   | (972) 404-0516 (atty - phone) | 2501 N Harwood, Ste. 1800, Dallas, TX 75201 |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?   ☑ Yes        ☐ No

   If "*Yes,*" by which party and on what date?

   Plaintiff _____       05-31-2023 _____
   Party                                        Date

4. **Answer:**

   Was an Answer made in State Court?  ☐ Yes          ☑ No

   If "*Yes*," by which party and on what date?

   _____          _____
   Party                                                      Date

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   | Party | Reason(s) for No Service |
   |-------|--------------------------|
   | N/A   |                          |
   |       |                          |
   |       |                          |
   |       |                          |
   |       |                          |

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | Party | Reason |
   |-------|--------|
   | N/A   |        |

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | Party | Claim(s) |
   |-------|----------|
   | PLAINTIFF | BREACH OF CONTRACT<br>BREACH OF WARRANTY<br>NEGLIGENCE |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DENISON GLASS & MIRROR, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. 3:23-cv-1457** |
| | § | |
| | § | |
| **EFCO, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

**INDEX OF STATE COURT PAPERS**

| DOCUMENT | DATE FILED IN STATE COURT |
|---|---|
| Plaintiff's Original Petition | 05-31-2023 |
| Request for Service | 06-01-2023 |
| Jury Demand | 06-01-2023 |
| Issuance of Citation | 06-06-2023 |
| Return of Citation | 06-13-2023 |
| Dismissal for Want of Prosecution | 06-01-2023 |

## Case Information

DC-23-07179 | DENISON GLASS & MIRROR, INC vs. EFCO CORPORATION

| Case Number | Court | Judicial Officer |
|---|---|---|
| DC-23-07179 | 68th District Court | HOFFMAN, MARTIN |
| File Date | Case Type | Case Status |
| 05/31/2023 | CNTR CNSMR COM DEBT | OPEN |

## Party

PLAINTIFF

DENISON GLASS & MIRROR, INC

Active Attorneys ▼

Lead Attorney
AZANO, JONATHAN DAVID
Retained

DEFENDANT

EFCO CORPORATION

## Events and Hearings

05/31/2023 NEW CASE FILED (OCA) - CIVIL

05/31/2023 ORIGINAL PETITION ▼

PLAINTIFF ORIGINAL PETITION

---

06/01/2023 REQUEST FOR SERVICE ▾

REQUEST FOR SERVICE

---

06/01/2023 JURY DEMAND

---

06/01/2023 ISSUE CITATION ▾

ISSUE CITATION - EFCO CORPORATION

---

06/06/2023 CITATION ▾

Served
06/08/2023

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
06/13/2023
Comment
EFCO CORPORATION

---

06/13/2023 RETURN OF SERVICE ▾

EXECUTED CITATION - EFCO CORPORATION

Comment
EXECUTED CITATION - EFCO CORPORATION

---

10/30/2023 DISMISSAL FOR WANT OF PROSECUTION ▾

Dismissal Notice

Dismissal Notice

Dismissal Notice

Dismissal Notice

Judicial Officer
HOFFMAN, MARTIN

Hearing Time
8:58 AM

Comment
1ST SETTING ON DOWP - EITHER DEFT NEEDS TO BE SERV OR A DFLT IS NEEDED - MLD NTC TO
PLT ATTY

## Financial

DENISON GLASS & MIRROR, INC

|  |  |  |  |  |
|---|---|---|---|---|
|  | Total Financial Assessment |  |  | $368.00 |
|  | Total Payments and Credits |  |  | $368.00 |
| 6/1/2023 | Transaction Assessment |  |  | $350.00 |
| 6/1/2023 | CREDIT CARD - TEXFILE (DC) | Receipt # 35378- 2023-DCLK | DENISON GLASS & MIRROR, INC | ($213.00) |
| 6/1/2023 | STATE CREDIT |  |  | ($137.00) |
| 6/4/2023 | Transaction Assessment |  |  | $18.00 |
| 6/4/2023 | CREDIT CARD - TEXFILE (DC) | Receipt # 36241- 2023-DCLK | DENISON GLASS & MIRROR, INC | ($18.00) |

## Documents

PLAINTIFF ORIGINAL PETITION

Dismissal Notice

Dismissal Notice

Dismissal Notice

Dismissal Notice

REQUEST FOR SERVICE

ISSUE CITATION - EFCO CORPORATION

EXECUTED CITATION - EFCO CORPORATION

FILED
5/31/2023 2:53 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Gay Lane DEPUTY

Case 3:23-cv-01457-S Document 1-5 Filed 07/07/23 Page 35 of 67 PageID 281

DC-23-07179

IBP.16222

NO. _____

| | | |
|---|---|---|
| **DENISON GLASS & MIRROR, INC.** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | |
| | § | **OF DALLAS COUNTY, TEXAS** |
| **EFCO CORPORATION** | § | 68th |
| | § | |
| **Defendant.** | § | _____TH JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

COMES NOW DENISON GLASS & MIRROR, INC. ("Plaintiff" or "Denison"), Plaintiff herein, complaining of EFCO Corporation ("Defendant" or "EFCO"), Defendant herein, and for cause of action would show the Court as follows:

### I.  BRIEF SUMMARY OF PETITION

This case involves the provision of defective and noncompliant windows to a project known as The Terminal at Katy Trail located at 4205 Buena Vista Street, Dallas, TX 75205 ("The Project"). Denison requested that EFCO provide specific windows for the Project. However, many of the windows provided by EFCO were defective. Due to the failure of the defective windows, Denison has been assessed charges by the general contractor of the Project in excess of $1,250,000.00. All of these charges are due to the fault of EFCO in providing deficient and defective windows. Denison brings claims herein to hold EFCO accountable for its defective products and for EFCO to reimburse Denison for such costs.

## II. DISCOVERY CONTROL PLAN DESIGNATION

Discovery in this case is intended to be conducted under Level 3, pursuant to Rule 190.4, *Texas Rules of Civil Procedure*.

## III. PARTIES

Plaintiff Denison is a resident of the State of Texas that is permitted to conduct business in the state of Texas.

Defendant EFCO is a corporation of the state of Missouri, that regularly does business in Texas. It is subject to jurisdiction in this state due to its regularly conducted business and its specific business with respect to this Project. EFCO contracted with a Texas entity to perform services for a project in Texas, which included shipping products to Texas for the Project. EFCO may be served through its Texas registered agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

## IV. VENUE

Venue of this action is proper in Dallas County, Texas in accordance with Texas Civil Practice & Remedies Code § 15.002(a)(1), because all or a substantial part of the events or omissions that give rise to this claim occurred in Dallas County, Texas. The Project at issue is based in Dallas County.

## V.    RULE 47 STATEMENT OF DAMAGES

Pursuant to Tex. R. Civ. P. 47(c), Plaintiff states that it seeks monetary relief of over $1,000,000, including damages, penalties, pre-judgment interest, costs, and attorneys' fees.

## VI. CONDITIONS PRECEDENT

All conditions precedent to recovery by Plaintiff herein have been performed, have occurred, or have been excused.

## VII.    FACTS OF CASE

In or around 2021 and 2022, Denison and EFCO entered into various agreements reflected in numerous invoices for the purchase of various windows to be supplied by EFCO for the Project.  Such windows were specified by style and type per design documents provided to EFCO.  EFCO agreed to provide such windows to Denison for installation at the Project during this same time period.

After installation of the windows provided by EFCO, the general contractor at the Project advised Denison that windows were defective and not compliant with the Project's design documents. The general contractor then assessed damages, including delay damages, increased costs and other associated expenses against Denison that were all a result of EFCO's provision of the defective windows.

None of the damages at issue are the result of Denison's installation of the EFCO products.  More particularly, all such damages are the result of the defectively manufactured and/or defective windows received from EFCO.

Denison made demand on EFCO to pay the costs requested by the general contractor, however, EFCO refused.  EFCO's alleged reason for refusal related to its spurious argument that the "Terms and Conditions" buried on its internet website limit the damages associated with its provision of such windows.  EFCO's position, however, is spurious because such attempts fail to comply with the clear requirements of Texas Business & Commerce Code Section 2.316.   Texas

courts have rejected similar attempts to try and sneak such terms into a contract by reference to a website Terms and Conditions. *See e.g. Matador Prod. Co. v. Weatherford Artificial Lift Sys.*, 450 S.W.3d 580 (Tex. App.—Texarkana 2014, pet. denied). EFCO's continued refusal to pay for its damages and breach of its contract/warranties is bad faith.

## VIII. BREACH OF CONTRACT

Denison repeats and realleges the material allegations in the preceding paragraphs.

The above-referenced acts and omissions represent breach of contract. Denison and EFCO had a valid and enforceable contract for EFCO to provide Project compliant windows for the Project. EFCO materially breached the contract by providing defective windows. EFCO's breach of contract resulted in damages to Denison for which it now brings this lawsuit.

## IX. BREACH OF EXPRESS WARRANTY

Denison repeats and realleges the material allegations in the preceding paragraphs. EFCO made express warranties about the quality of the goods it provided. Specifically, EFCO expressly warranted that it would provide Denison with windows that would comply with the Project's design documents. This express warranty was the basis of the bargain. The windows, however, did not comply with the Project's design documents because they were defective. Denison notified EFCO of this breach. Denison suffered injuries because of the breach.

## X. BREACH OF IMPLIED WARRANTY FOR FITNESS FOR A PARTICULAR PURPOSE

Denison repeats and realleges the material allegations in the preceding paragraphs. Alternatively, EFCO sold windows to Denison. EFCO had knowledge that Denison was buying such windows for compliance with the Project documents and that it sought compliant, non-defective windows. EFCO also knew that Denison was relying on EFCO's skill or judgment to

provide windows that were compliant with the Project documents and not defective.   The windows provided by EFCO were unfit because they were defective and did not comply with the Project documents.   Denison notified EFCO of this breach.   Denison suffered injuries because of the breach.

## XI.   NEGLIGENCE

Denison repeats and realleges the material allegations in the preceding paragraphs.   The above-referenced acts and omissions also represent negligence by Denison.   These negligent acts are the proximate cause of Denison's damages.

## XII.   ATTORNEY FEES

Plaintiff is compelled to employ the services of attorneys to file this action and thus seeks recovery of reasonable and necessary attorney fees pursuant to TEX. CIV. PRAC. & REM. CODE § 38.001 *et seq*. and other relevant statutes.

## XIII.   JURY DEMAND

Plaintiff hereby demands a jury trial for all issues so triable.

## XIV.   DOCUMENT PRODUCTION

Pursuant to Texas Rule of Civil Procedure 193.7, Plaintiff provides actual notice to Defendant that any party's production of a document in response to written discovery authenticates the document for use against that party in any pretrial proceeding or at trial.

**WHEREFORE, PREMISES CONSIDERED**, DENISON GLASS & MIRROR, INC. respectfully requests that Defendant be cited to appear and answer Plaintiff's complaints and that upon final trial, Plaintiff have and recover its damages as alleged herein, attorneys' fees, pre-judgment interest, post-judgment interest, special damages, incidental damages, consequential damages, lost

profits, court costs, and that Plaintiff have and recover such other and further relief at law or in equity,

general or special, to which it may show itself justly entitled.

Respectfully submitted,

**FEE, SMITH & SHARP LLP**

_____

Jon Azano
State Bar No. 24031835
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
(972) 934-9100 Telephone
(972) 934-9200 Facsimile
jazano@feesmith.com

**ATTORNEY FOR PLAINTIFF**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Debe Mazey on behalf of Jon Azano
Bar No. 24031835
dmazey@feesmith.com
Envelope ID: 76157447
Filing Code Description: Original Petition
Filing Description:
Status as of 6/1/2023 8:22 AM CST

Associated Case Party: DENISON GLASS & MIRROR, INC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Debe Mazey | | dmazey@feesmith.com | 5/31/2023 2:53:49 PM | SENT |
| Carlos Ramirez | | cramirez@feesmith.com | 5/31/2023 2:53:49 PM | SENT |
| Jon Azano | | jazano@feesmith.com | 5/31/2023 2:53:49 PM | SENT |

FILED
6/1/2023 9:28 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Gay Lane DEPUTY

**1 CIT/ ES/ JURY DEMAND**



# FS&S

## Fee, Smith & Sharp LLP

Texas Trial Attorneys

Dallas   Austin   Houston

Three Galleria Tower   13155 Noel Road   Suite 1000   Dallas, TX 75240   P 972-934-9100   F 972-934-9200
877-FEESMITH   FeeSmith.com

*Jon Azano*                                                                 *jazano@feesmith.com*
*972-980-3257*

June 1, 2023

***Via E-file***
Clerk, 68th Judicial District Court
George L. Allen, Sr. Courts Building
600 Commerce Street, 5th Floor New Tower
Dallas, TX 75202

      Re:    Cause No. DC-23-07179 ; Denison Glass & Mirror, Inc. VS EFCO Corporation ;
              68th Judicial District Court ; Dallas County, Texas
              Our File No.: IBP.16222

Dear Clerk:

      Please allow this letter to serve as payment of the jury fee in the referenced matter as well as a request to have the following citation issued:

EFCO Corporation
CT Corporation System
1999 Bryan Street, Suite 900
Dallas, Texas 75201.

      Please return the citation to me at the following email address: jazano@feesmith.com with a cc to my assistant, Debe Mazey, at dmazey@feesmith.com.

68th Judicial District Court Clerk
June 1, 2023
Page No. 2

      Thank you for your assistance in this regard. If you need additional information, please contact my assistant at 972.616.7610 or dmazey@feesmith.com

                Very truly yours,

                **FEE, SMITH & SHARP LLP**

                **JON AZANO**

JDA/dlm
Enclosures

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Debe Mazey on behalf of Jon Azano
Bar No. 24031835
dmazey@feesmith.com
Envelope ID: 76179482
Filing Code Description: Request
Filing Description:
Status as of 6/4/2023 7:16 PM CST

Associated Case Party: DENISON GLASS & MIRROR, INC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jon Azano | | jazano@feesmith.com | 6/1/2023 9:28:41 AM | SENT |
| Debe Mazey | | dmazey@feesmith.com | 6/1/2023 9:28:41 AM | SENT |
| Carlos Ramirez | | cramirez@feesmith.com | 6/1/2023 9:28:41 AM | SENT |

FILED
6/1/2023 9:28 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Gay Lane DEPUTY

1 CIT/ ES/ JURY DEMAND



**Fee, Smith & Sharp LLP**

Texas Trial Attorneys

Dallas   Austin   Houston

Three Galleria Tower   13155 Noel Road   Suite 1000   Dallas, TX 75240   P 972-934-9100   F 972-934-9200
877-FEESMITH   FeeSmith.com

*Jon Azano*                                                            *jazano@feesmith.com*
*972-980-3257*

June 1, 2023

***Via E-file***
Clerk, 68th Judicial District Court
George L. Allen, Sr. Courts Building
600 Commerce Street, 5th Floor New Tower
Dallas, TX 75202

>     Re:   Cause No. DC-23-07179 ; Denison Glass & Mirror, Inc. VS EFCO Corporation ;
>            68th Judicial District Court ; Dallas County, Texas
>            Our File No.: IBP.16222

Dear Clerk:

Please allow this letter to serve as payment of the jury fee in the referenced matter as well as a request to have the following citation issued:

EFCO Corporation
CT Corporation System
1999 Bryan Street, Suite 900
Dallas, Texas 75201.

Please return the citation to me at the following email address: jazano@feesmith.com with a cc to my assistant, Debe Mazey, at dmazey@feesmith.com.

68th Judicial District Court Clerk
June 1, 2023
Page No. 2

      Thank you for your assistance in this regard. If you need additional information, please contact my assistant at 972.616.7610 or dmazey@feesmith.com

      Very truly yours,

      **FEE, SMITH & SHARP LLP**

      **JON AZANO**

JDA/dlm
Enclosures

4869-3816-6631, v. 3

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Debe Mazey on behalf of Jon Azano
Bar No. 24031835
dmazey@feesmith.com
Envelope ID: 76179482
Filing Code Description: Request
Filing Description:
Status as of 6/4/2023 7:16 PM CST

Associated Case Party: DENISON GLASS & MIRROR, INC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jon Azano | | jazano@feesmith.com | 6/1/2023 9:28:41 AM | SENT |
| Debe Mazey | | dmazey@feesmith.com | 6/1/2023 9:28:41 AM | SENT |
| Carlos Ramirez | | cramirez@feesmith.com | 6/1/2023 9:28:41 AM | SENT |

FORM NO. 353-3 - CITATION

# THE STATE OF TEXAS

# CITATION

**To:**    **EFCO CORPORATION**
**BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM**
**1999 BRYAN STREET STE 900**
**DALLAS TX  75201**

**No.: DC-23-07179**

GREETINGS:
You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. on the Monday next following the expiration of twenty days after you were served this citation and **ORIGINAL** petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **68th District Court** at 600 Commerce Street, Dallas, Texas 75202.

Said Plaintiff being **DENISON GLASS & MIRROR, INC**

Filed in said Court  **1st day of June, 2023** against

**EFCO CORPORATION**

For Suit, said suit being numbered **DC-23-07179,** the nature of which demand is as follows:
Suit on **CNTR CNSMR COM DEBT** etc. as shown on said petition, a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office  **on this the 6th day of June, 2023**

ATTEST: FELICIA PITRE,
Clerk of the District Courts of Dallas County, Texas

By___/S/ROHAN IYER_____, Deputy
**ROHAN IYER**

**DENISON GLASS & MIRROR, INC**
**vs.**
**EFCO CORPORATION**

**ISSUED**
**on this the 6th day of June, 2023**

**FELICIA PITRE**
**Clerk District Courts,**
**Dallas County, Texas**

By: **ROHAN IYER**, Deputy

**Attorney for Plaintiff**
**JONATHAN DAVID AZANO**
FEE SMITH SHARP & VITULLO LLP
13155 NOEL ROAD SUITE 1000
DALLAS TX  75240
972-934-9100
jazano@feesmith.com
**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**



# OFFICER'S RETURN

Cause No. DC-23-07179

Court No.: 68th District Court

Style: DENISON GLASS & MIRROR, INC
  vs.
EFCO CORPORATION

Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____.M.

Executed at _____, within the County of _____ at _____

o'clock _____ .M. on the _____ day of_____, 20_____, by delivering to the within named

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of

delivery.  The distance actually traveled by me in serving such process was _____miles and my fees are as follows:      To certify which

witness my hand.

                For serving Citation    $_____      _____

                For mileage            $_____      of_____ County, _____

                For Notary             $_____      By_____ Deputy

                      (Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____ before me this_____ day of _____,

        20_____, to certify which witness my hand and seal of office.

                      _____

                      Notary Public_____ County_____

FILED
6/13/2023 12:58 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Harper Ream DEPUTY

Case 3:23-cv-01457-S Document 1-9 Filed 07/05/23 Page 50 of 67 PageID 96

**CAUSE NO. DC-23-07179**

| | | |
|---|---|---|
| DENISON GLASS & MIRROR, INC., | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| **Plaintiff(s),** | § | |
| vs. | § | **68TH JUDICIAL DISTRICT** |
| | § | |
| | § | |
| EFCO CORPORATION | § | |
| | § | |
| | § | **DALLAS COUNTY, TEXAS** |
| **Defendant(s).** | § | |

## RETURN OF SERVICE

Came to my hand on **Wednesday, June 7, 2023 at 5:56 PM,**
Executed at: **1999 BRYAN STREET, SUITE 900, DALLAS, TX 75201**
at **10:23 AM,** on **Thursday, June 8, 2023**, by delivering to the within named:

### EFCO CORPORATION

By delivering to its **Registered Agent, CT CORPORATION SYSTEM**
By delivering to its **Authorized Employee, TERRI THONGSAVAT**
a true copy of this

### CITATION and PLAINTIFF'S ORIGINAL PETITION

having first endorsed thereon the date of the delivery.

*BEFORE ME, the undersigned authority, on this day personally appeared Adil Tadli who after being duly sworn on oath states: "My name is Adil Tadli.* I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP."

By: _____

**Adil Tadli - PSC 1206 - Exp 05/31/24**
**served@specialdelivery.com**

**Subscribed and Sworn to by Adil Tadli, Before Me, the undersigned authority, on this** 12th **day of June, 2023.**

_____
**Notary Public in and for the State of Texas**

BRITTNEY LEIGH WOODALL
Notary Public
STATE OF TEXAS
ID#12979020-7
My Comm. Exp. Sept. 9, 2023

FORM NO. 353-3—CITATION

# THE STATE OF TEXAS

**ESERVE**

# CITATION

**To:** **EFCO CORPORATION**
**BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM**
**1999 BRYAN STREET STE 900**
**DALLAS TX 75201**

No.: **DC-23-07179**

**DENISON GLASS & MIRROR, INC**
**vs.**
**EFCO CORPORATION**

**GREETINGS:**
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. on the Monday next following the expiration of twenty days after you were served this citation and **ORIGINAL** petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **68th District Court** at 600 Commerce Street, Dallas, Texas 75202.

Said Plaintiff being **DENISON GLASS & MIRROR, INC**

Filed in said Court **1st day of June, 2023** against

**EFCO CORPORATION**

For Suit, said suit being numbered **DC-23-07179,** the nature of which demand is as follows:
Suit on **CNTR CNSMR COM DEBT** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 6th day of June, 2023**

ATTEST: FELICIA PITRE,
Clerk of the District Courts of Dallas County, Texas

**ISSUED**
on this the 6th day of June, 2023

**FELICIA PITRE**
**Clerk District Courts,**
**Dallas County, Texas**

By: **ROHAN IYER**, Deputy

**Attorney for Plaintiff**
**JONATHAN DAVID AZANO**
FEE SMITH SHARP & VITULLO LLP
13155 NOEL ROAD SUITE 1000
DALLAS TX 75240
972-934-9100
jazano@feesmith.com
**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

By_ /S/ROHAN IYER____, Deputy
**ROHAN IYER**



**OFFICER'S RETURN**

Cause No. DC-23-07179

Court No.: 68th District Court

Style: DENISON GLASS & MIRROR, INC
vs.
EFCO CORPORATION

Came to hand on the _____ day of _____ , 20_____ , at _____ o'clock _____ .M.

Executed at _____ , within the County of _____ at _____

o'clock _____ .M. on the _____ day of_____ , 20_____ , by delivering to the within named _____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:      To certify which witness my hand.

|  | | | |
|---|---|---|---|
| For serving Citation | $_____ | | |
| For mileage | $_____ | of_____ County, _____ |
| For Notary | $_____ | By_____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____ before me this_____ day of _____ ,

20_____ , to certify which witness my hand and seal of office.

_____
Notary Public_____ County_____

68TH DISTRICT COURT
GEORGE L. ALLEN, SR. COURTS BUILDING
600 COMMERCE STREET, SUITE 510-B
DALLAS, TEXAS 75202-4630
214-653-6510

June 01, 2023

EFCO CORPORATION
BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN STREET STE 900
DALLAS TX 75201

Re:   DC-23-07179,      DENISON GLASS & MIRROR, INC  vs.  EFCO CORPORATION

## NOTICE OF INTENT TO DISMISS

Please take notice that, pursuant to Rule 165A of the Texas Rule of Civil Procedure and the Court's inherent power, the Court intends to dismiss the above captioned action for want of prosecution for one or more of the following reasons:

()  Plaintiff has yet to obtain service on one or more defendants.

()  Plaintiff has yet to file a motion for default judgment against one or more defendants, though defendant was served and time to answer has expired.

()  Plaintiff's motion for default judgment was denied.

()  Failure to attend scheduling conference or provide an agreed scheduling order prior to scheduling conference date.

()  Parties have yet to provide a judgment following verdict at trial.

()  Parties have yet to provide a judgment/dismissal following announcement of settlement.

()  Other reasons reflected in the file.

Hearing is set for **10/30/2023 @ 9:00 A.M.**  If you wish to retain the case on the docket, you **must appear at the hearing, or contact the Coordinator in a reasonable amount of time prior to the hearing** to request an extension.  Failure to appear and show good cause why this case should not be continued on the court's docket will result in dismissal.

Sincerely,
Martin J. Hoffman
District Judge
68th District Court
Dallas County, Texas

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Felicia Robinson on behalf of Robert Palmer
Bar No. 24013286
frobinson@foxrothschild.com
Envelope ID: 77147771
Filing Code Description: Notice Of Removal To Federal Court
Filing Description: CASE 3:23-CV-01457-S
Status as of 6/30/2023 3:33 PM CST

Associated Case Party: DENISON GLASS & MIRROR, INC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jon Azano | | jazano@feesmith.com | 6/30/2023 3:16:31 PM | SENT |
| Debe Mazey | | dmazey@feesmith.com | 6/30/2023 3:16:31 PM | SENT |
| Carlos Ramirez | | cramirez@feesmith.com | 6/30/2023 3:16:31 PM | SENT |

EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **DENISON GLASS & MIRROR, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. 3:23-cv-1457** |
| | § | |
| | § | |
| **EFCO, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

**INDEX OF STATE COURT PAPERS**

| DOCUMENT | DATE FILED IN STATE COURT |
|---|---|
| Plaintiff's Original Petition | 05-31-2023 |
| Request for Service | 06-01-2023 |
| Jury Demand | 06-01-2023 |
| Issuance of Citation | 06-06-2023 |
| Return of Citation | 06-13-2023 |
| Dismissal for Want of Prosecution | 06-01-2023 |

EXHIBIT C

## Case Information

DC-23-07179 | DENISON GLASS & MIRROR, INC vs. EFCO CORPORATION

| Case Number | Court | Judicial Officer |
|---|---|---|
| DC-23-07179 | 68th District Court | HOFFMAN, MARTIN |
| File Date | Case Type | Case Status |
| 05/31/2023 | CNTR CNSMR COM DEBT | OPEN |

## Party

PLAINTIFF

DENISON GLASS & MIRROR, INC

Active Attorneys ▾

Lead Attorney
AZANO, JONATHAN DAVID
Retained

DEFENDANT

EFCO CORPORATION

## Events and Hearings

05/31/2023 NEW CASE FILED (OCA) - CIVIL

05/31/2023 ORIGINAL PETITION ▾

PLAINTIFF ORIGINAL PETITION

---

06/01/2023 REQUEST FOR SERVICE ▾

REQUEST FOR SERVICE

---

06/01/2023 JURY DEMAND

---

06/01/2023 ISSUE CITATION ▾

ISSUE CITATION - EFCO CORPORATION

---

06/06/2023 CITATION ▾

Served
06/08/2023

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
06/13/2023
Comment
EFCO CORPORATION

---

06/13/2023 RETURN OF SERVICE ▾

EXECUTED CITATION - EFCO CORPORATION

  Comment
  EXECUTED CITATION - EFCO CORPORATION

---

10/30/2023 DISMISSAL FOR WANT OF PROSECUTION ▾

Dismissal Notice

Dismissal Notice

Dismissal Notice

Dismissal Notice

Judicial Officer
HOFFMAN, MARTIN

Hearing Time
8:58 AM

Comment
1ST SETTING ON DOWP - EITHER DEFT NEEDS TO BE SERV OR A DFLT IS NEEDED - MLD NTC TO
PLT ATTY

## Financial

DENISON GLASS & MIRROR, INC

| | | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | $368.00 |
| | Total Payments and Credits | | | $368.00 |
| 6/1/2023 | Transaction Assessment | | | $350.00 |
| 6/1/2023 | CREDIT CARD - TEXFILE (DC) | Receipt # 35378-2023-DCLK | DENISON GLASS & MIRROR, INC | ($213.00) |
| 6/1/2023 | STATE CREDIT | | | ($137.00) |
| 6/4/2023 | Transaction Assessment | | | $18.00 |
| 6/4/2023 | CREDIT CARD - TEXFILE (DC) | Receipt # 36241-2023-DCLK | DENISON GLASS & MIRROR, INC | ($18.00) |

## Documents

PLAINTIFF ORIGINAL PETITION

Dismissal Notice

Dismissal Notice

Dismissal Notice

Dismissal Notice

REQUEST FOR SERVICE

ISSUE CITATION - EFCO CORPORATION

EXECUTED CITATION - EFCO CORPORATION

EXHIBIT D

LC014358883
**Date Filed: 2/25/2022**
**John R. Ashcroft**
**Missouri Secretary of State**

**CERTIFICATE OF CONVERSION**
**OF**
**EFCO CORPORATION**

This Certificate of Conversion is executed and filed pursuant to Section 351.409 of the General and Business Corporation Law of Missouri:

1.  The name of the corporation is EFCO Corporation.

2.  The date of filing of the original articles of incorporation of the corporation is November 20, 1953.

3.  The corporation shall be converted to EFCO, LLC, a Missouri limited liability company.

4.  The conversion was approved as required by Section 351.409 of the General and Business Corporation Law of Missouri.

5.  The Articles of Organization attached as <u>Exhibit A</u> shall be the articles of organization of the limited liability company formed pursuant to the conversion.

6.  Upon the effective date of the conversion, all of the issued and outstanding capital stock of the corporation shall be cancelled in exchange for for all of the issued and outstanding membership interests of the limited liability company.

7.  The corporation agrees that it may be served with process in the state of Missouri in any action, suit or proceeding for enforcement of any obligation of the corporation arising while it was a corporation of this state, and that it irrevocably appoints the secretary of state as its agent to accept service of process in any such action, suit or proceeding.

8.  The address to which a copy of the process shall be mailed to it by the secretary of state is:

    1000 County Road
    Monett, MO 65708

**IN WITNESS WHEREOF**, the undersigned, being duly authorized, has executed this Certificate of Conversion on February 23, 2022.

*Meghan M. Elliott*
Meghan M. Elliott
Secretary

ORI-02252022-0764 State of Missouri
No of Pages 4 Pages

Conversion - LLC/LP/LLP/LLLP

**EXHIBIT A**

# State of Missouri
**John R. Ashcroft, Secretary of State**

**Corporations Division**
PO Box 778 / 600 W. Main St., Rm. 322
Jefferson City, MO 65102

## Articles of Organization
*(Submit with filing fee of $105.00)*

1. The name of the limited liability company is:

   **EFCO, LLC**

   *(Must include "Limited Liability Company," "Limited Company," "LC," "L.C.," "L.L.C.," or "LLC")*

2. The purpose(s) for which the limited liability company is organized: **Any lawful business, purpose, or activity permitted under the Missouri Limited Liability Company Act**

3. The name and address of the limited liability company's registered agent in Missouri is:

   **CT CORPORATION SYSTEM        120 South Central Ave        Clayton, MO 63105**

   *Name               Street Address: May not use PO Box unless street address also provided        City/State/Zip*

4. The management of the limited liability company is vested in:    ☑ managers    ☐ members    *(check one)*

5. The events, if any, on which the limited liability company is to dissolve or the number of years the limited liability company is to continue, which may be any number or perpetual: **Perpetual**

   *(The answer to this question could cause possible tax consequences, you may wish to consult with your attorney or accountant)*

6. The name(s) and street address(es) of each organizer *(PO box may only be used in addition to a physical street address)*:
   *(Organizer(s) are not required to be member(s), manager(s) or owner(s)*

   Meghan M. Elliott

   4400 West 78th Street, Suite 520

   Minneapolis, MN 55435

7. ☐ Series LLC (OPTIONAL) Pursuant to Section 347.186, the limited liability company may establish a designated series in its operating agreement. The names of the series must include the full name of the limited liability company and are the following:

   New Series:
   ☐ The limited liability company gives notice that the series has limited liability.

   New Series:
   ☐ The limited liability company gives notice that the series has limited liability.

   New Series:
   ☐ The limited liability company gives notice that the series has limited liability.

   (Each separate series must also file an Attachment Form LLC 1A.)

   *(Please see next page)*

---

Name and address to return filed document:

Name: _____

Address: _____

City, State, and Zip Code _____

---

LLC-1 (10/2020)

8. Principal Office Address (OPTIONAL) of the limited liability company (PO Box may only be used in addition to a physical street

address): _____

*(Name street address; May not use PO Box unless street address also provided City/State/Zip)*

9. The effective date of this document is the date it is filed by the Secretary of State of Missouri unless a future date is otherwise

indicated: _____

*(Date may not be more than 90 days after the filing date in this office)*

In Affirmation thereof, the facts stated above are true and correct:
(The undersigned understands that false statements made in this filing are subject to the penalties provided under Section 575.040, RSMo)
**All organizers must sign:**

| | | |
|---|---|---|
| *Meghan M. Elliott* | **Meghan M. Elliott** | **2/23/2022** |
| Organizer Signature | Printed Name | Date |
| | | |
| Organizer Signature | Printed Name | Date |
| | | |
| Organizer Signature | Printed Name | Date |

LLC-1 (10/2020)

# STATE OF MISSOURI



## John R. Ashcroft
## Secretary of State

CERTIFICATE OF CONVERSION

WHEREAS, a Certificate of Conversion of the following entity:

*EFCO CORPORATION - 00081734*
CONVERTING INTO:
*EFCO, LLC - LC014358883*

Organized and existing under the laws of Missouri have been received, found to conform to Law and filed.

NOW, THEREFORE, I, JOHN R. ASHCROFT, Secretary of State of the State of Missouri, issue the Certificate of Conversion, certifying that the conversion of the aforenamed entity is effected, with

*EFCO, LLC - LC014358883*

As the newly formed entity, pursuant to Chapter 351.409 RSMO.

IN TESTIMONY WHEREOF, I hereunto set my hand and cause to be affixed the GREAT SEAL of the State of Missouri. Done at the City of Jefferson, this 25th day of February, 2022.




Secretary of State